1

2

3                    UNITED STATES DISTRICT COURT

4                    EASTERN DISTRICT OF CALIFORNIA

5

6   JASON SCOTT HARPER,                    1:08-cv-00261-OWW-SMS  (PC)

7          Plaintiff,

                                           ORDER DENYING MOTION FOR
8   v.                                     APPOINTMENT OF COUNSEL
                                           (DOCUMENT #2)
9   ARNOLD SCHWARZENEGGER, et al.,

10         Defendants.
                                       /
11   _____

12         Plaintiff has requested the appointment of counsel.  The United States Supreme Court

13   has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983

14   cases.  Mallard v. United States District Court for the Southern District of Iowa, 490 U.S. 296, 298, 109

15   S.Ct. 1814, 1816 (1989).  In certain exceptional circumstances, the court may request the voluntary

16   assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Rand v. Rowland, 113 F.3d 1520, 1525 (9th

17   Cir. 1997).  Without a reasonable method of securing and compensating counsel, this court will seek

18   volunteer counsel only in the most serious and exceptional cases.

19         In the present case, the court does not find the required exceptional circumstances.  See

20   Rand, 113 F.3d at 1525.  Even if it is assumed that plaintiff is not well versed in the law and that he has

21   made serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  This

22   court is faced with similar cases almost daily.  Therefore, plaintiff's request for the appointment of

23   counsel shall be denied.

24         In accordance with the above, plaintiff's request for the appointment of counsel is

25   HEREBY DENIED.

26   IT IS SO ORDERED.

27   Dated:   February 28, 2008           _____/s/ Sandra M. Snyder_____
                                           UNITED STATES MAGISTRATE JUDGE
28